IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHIRLEY ANN WILLIAMS                                        PLAINTIFF

v.                          Case No. 09-2126

CIRCUIT JUDGE
WILLIAM PEARSON                                             DEFENDANT

### ORDER

　　Now on this 29th day of December 2009, there comes on for consideration the report and recommendation filed herein on December 8, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). Plaintiff did not file timely, written objections.

　　The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED for her failure to prosecute this action and to obey the order of this Court. Fed. R. Civ. P. 41(b). Plaintiff's Complaint is also DISMISSED on the grounds that the claims are asserted against an individual who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(IFP action may be dismissed on such grounds at any time). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

**AO72A**
**(Rev. 8/82)**

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge